**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00184-CV**

_____

**IN THE INTEREST OF E.S.**

_____

**On Appeal from the County Court at Law**
**Orange County, Texas**
**Trial Cause No. C200258-D**

_____

**MEMORANDUM OPINION**

This is a suit affecting the parent-child relationship. Appellant filed a notice of appeal, in which he stated that he wishes to appeal from the trial court's "decision[.]" The information from the District Clerk indicates that the trial court has not yet signed an appealable order.

On July 22, 2020, we questioned our jurisdiction over the appeal and instructed the parties to file written responses identifying the particular statute or rule authorizing an interlocutory appeal by August 11, 2020. In the same letter, we warned the parties that we would dismiss the appeal unless our jurisdiction is established.

1

Appellant filed a response, but he failed to identify a signed order by the trial court that is appealable at this time. *See* Tex. R. App. P. 42.3(a). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 16, 2020
Opinion Delivered September 17, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.